# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMETRIUS DMIRAL WARREN,<br><br>Defendant. | CR 07-126-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on April 2, 2021, requesting that the Court revoke Defendant Demetrius Warren's supervised release. (Doc. 133). Warren appeared before the Court for his initial appearance on April 6, 2021. During the initial appearance, Warren requested that he be released from custody pending his final revocation hearing. The Court conducted a hearing on Warren's motion. Warren's attorney presented Warren's release plan.

The Court has considered the evidence and arguments presented at the hearing. The Court finds that Warren has failed to satisfy his burden of showing by clear and convincing evidence that he is not a danger to the community.

Accordingly, IT IS HEREBY ORDERED:

1. Warren's oral motion for release pending his final revocation hearing is DENIED.

2.      Warren shall remain in custody pending his final revocation hearing on May 4, 2021.

DATED this 8th day of April, 2021.

                                                   John Johnston
                                                   United States Magistrate Judge