IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DEMETRIUS DMIRAL WARREN, Defendant. | CR-07-126-GF-BMM <br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 10, 2021. (Doc. 145.) Demetrius Dmiral Warren (Warren) filed an objection on May 11, 2021. (Doc. 146.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on May 6, 2021. (Doc. 144.) The United States accused Warren of violating his conditions of supervised release by 1) by committing another crime; 2) by possessing a firearm; and 3) by consuming alcohol. (Doc. 133.) At the revocation hearing, Warren admitted to

violating the terms of his supervised release 1) by possessing a firearm; and 2) by consuming alcohol.  (Doc. 144.)  Judge Johnston found the violations Warren admitted are serious and warrant revocation of Warren's supervised release.  Judge Johnston recommended Warren should be incarcerated for 12 months, with 17 months of supervised release to follow.  (Doc. 145.)

Warren now opposes Judge Johnston's Findings and Recommendations, objecting to the recommended disposition.  (Doc. 146.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as 's objection.  The undersigned conducted a revocation hearing on May 25, 2021. (Doc. 148.)  Warren and his attorney were allowed to allocute before the undersigned.  (*Id*.)  The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations.  Warren's violations of his conditions represent a serious breach of the Court's trust. These violations proves serious. Judge Johnston has recommended that the Court revoke Warren's supervised release and commit him to the custody of the Bureau of Prisons for 12 months. (Doc. 145.)  Judge Johnston further has recommended a term of 17 months of supervised release. (*Id*.) Accordingly,

**IT IS HEREBY ORDERED** that Warren's objection is denied. Judge Johnston's Findings and Recommendations, (Doc. 145) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Demetrius Dmiral Warren be sentenced to the custody of the Bureau of Prisons for a term of 12 months, with 17 months of supervised release to follow. Warren is also subject to the following: You must complete 500 hours of community service work approved by the probation officer. Community service shall be performed at 40 hours per month unless you are working full time. If employed 40 hours per week, the rate of community service shall be at a rate as directed by the probation officer. You must provide written verification of completed hours to the probation officer.

DATED this 25th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court